

OsteoStrong: A Global Breakthrough In Health, Wellness & Vitality



## OS+U

Preparing To Make A Change In The World

Copyright © 2017. True Wellness, LLC. Licensed for use by OsteoStrong Franchising, LLC.
Do not share or distribute without the written consent of True Wellness, LLC. All rights reserved. V1-12312017



## Osteogenic Loading's 125 Year Journey

The key to building skeletal strength has been known for over 125 years.
The scientific means of exactly how to apply that to the human body has just arrived!

"No modality I have come across has the potential to change the lives of so many millions of people like this one."

~ Steve Shifflett, MD

"The real-world musculoskeletal benefits of osteogenic loading on strength, coordination, and balance are nothing short of astonishing."

~Jeffrey Bentson, MD

Copyright © 2017. True Wellness, LLC. Licensed for use by OsteoStrong Franchising, LLC.
Do not share or distribute without the written consent of True Wellness, LLC. All rights reserved. V1-12312017



# University

Copyright© 2017. True Wellness, LLC. All rights reserved.

Without limiting the rights under copyright reserved above, no part of this publication may be reproduced, stored in or introduced into a retrieval system, or transmitted, in any form, or by any means (electronic, mechanical, photocopying, recording, or otherwise), without the prior written permission of the copyright owner of this manual.

The information contained in this manual, to the best of our knowledge, is accurate and true.

No representation has been made that OsteoStrong will cure or treat any disease. If such a representation has been made, please contract OsteoStrong Legal Department at legal@osteostrong.me

OsteoStrong, Spectrum, BTrackS, Hydromassage, and VibePlate are Federally Registered Trademarks.

Copyright © 2017. True Wellness, LLC Licenses materials for use by OsteoStrong Franchising, LLC. Do not share or distribute this document (in part or whole) without the written consent of a representative of True Wellness, LLC or OsteoStrong Franchising, LLC. V1-12312017