IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OSTEOSTRONG FRANCHISING, LLC., | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:19-CV-04389 |
| | § | |
| JOHN DE WOLF, DEBORAH NOBLE, | § | |
| DAN MOYER, NOBEL PROPERTY | § | |
| MANAGEMENT, LLC, and LIVING TREE | § | |
| OF ABQ LTD. CO. and KARYN A. | § | |
| TEMPLE, in her official capacity as the Acting | § | |
| Register of Copyrights of the U.S. Copyright | § | |
| Office | | |
| Defendants. | | |

## TEMPORARY RESTRAINING ORDER

Pending before the court is Plaintiff's Application for Temporary Restraining Order (Doc 1). After reviewing the record, the applicable law, and arguments of counsel, the court finds that the application should be GRANTED.

The Defendant has agreed that a reasonable restraint should be ORDERED. Therefore, this Court ORDERS the Defendants and the Copyright Office shall not disclose any materials submitted to the Copyright Office until further hearing.

Based upon the contract between the parties, the bond is set at $0.00

It is so Ordered. SIGNED, this the _____ day of November 2019

_____
United States District Judge