Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Gibbs  ☒ Lytal |

DATE: 11/29/2019

TIME: 10:00 a.m. — 11:20 a.m.

CIVIL ACTION: H — 19 — 4389

STYLE: Osteostrong
*versus*
John de Wolf, et al.

DOCKET ENTRY

☐ Conference, ☒ Hearing, Day ____   ☐ Bench  ☐ Jury Trial   Reporter: Malone

John Palter _____ for John de Wolf
Millen Zemo and Howard Steele, Jr. ___ for Osteostrong
_____ for _____
_____ for _____

☐ Evidence taken [exhibits, testimony]: _____
☐ Argument heard on: _____

☐ Motions taken under advisement: _____
☒ Order to be entered.
☐ Internal review set: _____
☐ Rulings rendered on: _____

07-2019