In the United States District Court
for the Southern District of Texas
Houston Division

United States District Court
Southern District of Texas
**ENTERED**
November 29, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Osteostrong Franchising, LLC,<br>    Plaintiff,<br><br>v.<br><br>John De Wolf, Deborah Noble, Dan Moyer,<br>Nobel Property Management, LLC, and Living<br>Tree Of Abq Ltd. Co., and Karyn A. Temple,<br>in her official capacity as the Acting Register<br>of Copyrights of the U.S. Copyright Office,<br>    Defendants. | CIVIL ACTION NO. 4:19-CV-04389 |

## Management Order

1. By the agreement of both sides, the Application for Temporary Restraining Order is denied.

2. With full reservation of rights, the parties agree that the deposits identified here will not be released.

3. The Copyright Office (a) must not release these deposits in whole or part and (b) must notify all counsel of record if it receives requests to release the deposits or for copies of deposits for use in prospective litigation filed under 37 C.F.R. § 201.2(d)(2)(ii), or for other court order.

4. Registrations:
    TX0008750103; OSU Manual; 2017
    TX0008758703; OSU Manual; 2018
    TXu002149020; The OSU Way Booklet and 4 Other Unpublished Works; 2019
    PAu003977873; Spectrum Upper GT 2.0 and 9 Other Unpublished Works; 2019

5. The case is hereby abated pending further order of the Court.

Signed, November 29, 2019.

_____
United States District Judge